Virginia R. Richard, Esq. (VR 6294)
Lana C. Marina, Esq. (LM 1667)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

Attorneys for Plaintiff
UNITED LINENS CORP.



**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED LINENS CORP.,<br>a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEXTILES FROM EUROPE, INC.,<br>d/b/a VICTORIA CLASSICS,<br>a New York corporation,<br><br>Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff United Linens Corp. ("United Linens"), for its Complaint against Defendant Textiles From Europe, Inc., d/b/a Victoria Classics ("Victoria Classics"), alleges:

## PARTIES

1.  Plaintiff United Linens is a corporation organized and existing under the laws of New York, having its principal place of business at 350 Fifth Avenue, Suite 1229, New York, New York 10118.

2.     Upon information and belief, Defendant Victoria Classics is a corporation organized and existing under the laws of New York, having its principal place of business at 277 Fifth Avenue, New York, New York 10016.

## JURISDICTION AND VENUE

3.     This is an action for copyright infringement in violation of the Copyright Law [17 U.S.C. §§ 501 et seq.], all of which activities have occurred in this district and elsewhere in commerce.

4.     This action results from Defendant's unlawful manufacture, distribution and sale of products which infringe Plaintiff's U.S. Copyright Reg. No. VA 1-325-130 (the "Copyrighted Design") and VA 1-325-156 (the "Copyrighted Product Insert").

5.     This court has jurisdiction pursuant to Section 501 of Title 17 of the United States Code, and Sections 1331 and 1338(a) of Title 28 of the United States Code.

6.     Venue is founded on Sections 1391(b) and (c) and 1400(a) of Title 28 of the United States Code.

## FACTUAL BACKGROUND

**A.     UNITED LINENS' DESIGN, PROMOTION AND SALE OF
ITS COPYRIGHTED DESIGN**

7.     United is one of the leading designers and manufacturers of bedding, comforter sets and decorative accessory products in the United States.

8.      United's products bearing the Copyrighted Design and Copyrighted Product Insert are sold in high-end department stores and specialty shops throughout this District and elsewhere in the United States.

9.      United is the exclusive owner in the United States of the copyright in the fabric design known as United Linens Design #1, which is the subject of U.S. Copyright Registration No. VA-1-325-130 registered on November 25, 2005 ("Copyrighted Design") and U.S. Copyright Registration No. VA-1-325-156 registered on November 28, 2005 which is the Copyrighted Product Insert sheet showing a photograph of the Copyrighted Design.  The registration of the Copyrighted Design and Copyrighted Product Insert creates a legal presumption in favor of United with respect to the ownership of and the validity of the copyrights in these works.  True and correct copies of the certificates of registration and related deposits for the Copyrighted Design and Copyrighted Product Insert are attached as Exhibits 1 and 2.

**B.      DEFENDANT'S INFRINGING ACTS**

10.      On or about December 2005, United acquired a comforter set comprised of a comforter, pillow shams and bed skirt manufactured by defendant, Victoria Classics which bears the Copyrighted Design ("Infringing Product") and is packaged with a product insert bearing a picture of the Infringing Product ("Infringing Product Insert").  Photographs of the Infringing Product and Infringing Product Insert are attached as Exhibit 3.

11.     The Infringing Product packaged with the Infringing Product Insert bears the name "Victoria Classics" on the labels affixed to the Infringing Product and on the Infringing Product Insert.

12.     On or about January 5, 2006, United sent a cease and desist letter to Victoria Classics demanding a response by January 12, 2006.  A copy of the cease and desist letter is attached as Exhibit 4.  To date no response has been received to the cease and desist letter.

13.     On information and belief, Victoria Classics has sold the Infringing Product packaged with the Infringing Product Insert to department stores and specialty shops in this district and throughout the United States.

14.     On information and belief, Victoria Classics has willfully and/or negligently infringed the Copyrighted Design and Copyrighted Product Insert by manufacturing, distributing, advertising, selling and/or offering for sale infringing products and package inserts bearing the Copyrighted Design and photographs of the Copyrighted Design without United's authorization. United has neither licensed nor authorized Victoria Classics to reproduce, adapt and/or display the Copyrighted Design or Copyrighted Product Insert or to manufacture, distribute, advertise, sell or offer for sale the Infringing Product or the Infringing Product Insert.

15.     On information and belief, despite being put on notice by United of the infringing nature of the Victoria Classics product and product insert, Victoria Classics willfully continues to

4

manufacture, distribute, sell and offer to sell the Infringing Product with the Infringing Product Insert.

16.    The infringing conduct of Defendant was and is willfully done with knowledge of, and/or reckless disregard for, United's rights in the Copyrighted Design and Copyrighted Product Insert and for the purpose of damaging United's business and profiting from the unauthorized manufacture, use and sale of products bearing the Copyrighted Design and Copyrighted Product Insert.

17.    At all relevant times, United has owned all right, title and interest in and to the copyrights in the Copyrighted Design and Copyrighted Product Insert.

18.    United has complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges to the Copyrighted Design and Copyrighted Product Insert as well as obtained the appropriate certificates of copyright registration which constitute prima facie evidence of the validity of the copyright and the facts stated in the certificates.

19.    After the date of the filing for registration of the Copyrighted Design and Copyrighted Product Insert and continuing to date, Victoria Classics has infringed the copyrights in the Copyrighted Design and Copyrighted Product Insert.

20.    United has no adequate remedy at law.  Victoria Classic's conduct as described above has caused and, if not enjoined, will continue to cause irreparable harm to United.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, United prays for the following relief against Victoria Classics:

1.     That Victoria Classics, and its agents, servants, employees, representatives, successors and assigns, and all persons, firms, or corporations in active concert or participation with any of them, be immediately and permanently enjoined from directly or indirectly infringing United's Copyrighted Design and Copyrighted Product Insert in any manner, including generally, but not limited to reproducing, adapting, and/or displaying the Copyrighted Design and Copyrighted Product Insert by manufacturing, distributing, advertising, selling, and/or offering for sale any merchandise that infringes said Copyrighted Design and Copyrighted Product Insert, and specifically:

(a)     Manufacturing, distributing, selling, and/or offering for sale said products or any other unauthorized products that picture, reproduce, adapt or display any design that bears a substantially similarity to United's Copyrighted Design or Copyrighted Product Insert; or

(b)     Manufacturing, distributing, selling, or offering for sale any unauthorized promotional materials, labels, packaging, or containers that picture, reproduce, adapt, or display any design that bears a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert;

2.     That Victoria Classics, and its agents, servants, employees, representatives, successors and assigns, and all persons, firms, or corporations in active concert or participation

with any of them, be enjoined during the pendency of this action from destroying or otherwise disposing of:

(a)     Any merchandise that pictures, reproduces, copies, adapts, or displays designs that bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert;

(b)     Any promotional and advertising material, labels, packages, wrappers, containers, and any other unauthorized items that reproduce, copy, adapt, or display designs that bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert;

(c)     Any molds, screens, patterns, plates, or negatives used specifically for making or manufacturing products with designs that picture, reproduce, copy, or bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert; and

(d)     Any sales and supplier or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogues, recordings of any type whatsoever, and all other business records and documents in respect of the manufacture, purchase, advertising, sale, or offering for sale of the Infringing Product or Infringing Product Insert;

3.     That Victoria Classics be required to effectuate the recall, removal, and return from commercial distribution and/or public display of:

(a)     Any merchandise that pictures, reproduces, copies, adapts, or displays designs that bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert;

(b)     Any promotional and advertising material, labels, packages, wrappers, containers, and any other unauthorized items that reproduce, copy, adapt, or display designs that bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert; and

(c)     Any molds, screens, patterns, plates, or negatives used specifically for making or manufacturing products with designs that picture, reproduce, copy, or bear a substantial similarity to United's Copyrighted Design or Copyrighted Product Insert;

4.     That Victoria Classics be required to pay actual damages increased to the maximum extent provided by law, and/or statutory damages at United's election;

5.     That Victoria Classics account for and pay over to United all damages sustained by United and profits realized by Victoria Classics by reason of Victoria Classics' unlawful acts herein alleged and that those profits be increased as provided by law;

6.     That Victoria Classics hold, as a constructive trustee for the benefit of United, any and all personal and/or real properties and assets consisting of and/or obtained by profits derived from Victoria Classics' infringing activities, and that United be granted possession of these properties;

7.     That United recover from Victoria Classics its costs in this action and reasonable attorneys' fees;

8.     That United recover from Victoria Classics compensatory damages in an amount to be determined at trial; and

9.     That United have all other and further relief as the Court may deem just and proper under the circumstances.

Dated: January 19, 2006          By: _____

Virginia R. Richard (VR 6294)
Lana C. Marina (LM 1667)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Plaintiff
UNITED LINENS CORP.

1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-325-130

VAU0001325130W

**EFFECTIVE DATE OF REGISTRATION**

NOVEMBER 25 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

United Linens Design #1

**NATURE OF THIS WORK ▼ See instructions**

Embroidered design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NAME OF AUTHOR ▼**

**a** United Linens Corp.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in United States

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004    This information must be given    Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
approximately
Month June    Day 1st    Year 2005 ✱
United States    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

United Linens Corp.
350 Fifth Avenue
New York, NY  10118

**APPLICATION RECEIVED**
NOV 25 2005
**ONE DEPOSIT RECEIVED**
NOV 25 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

*Amended by the C.O. Authority per telephone conversation with Virginia R. Richard on 12/1/2005.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b
See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Virginia R. Richard, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166
Area code and daytime telephone number 212 294-4639    Fax number  ( 212 ) 294-4700
Email  vrichard@winston.com

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  United Linens Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Virginia R. Richard, Esq.    Date 11|22|05

Handwritten signature (X) ▼
X

**8**

Certificate will be mailed in window envelope to this address:

Name  Virginia R. Richard, Esq.
Winston & Strawn LLP
Number/Street/Apt ▼  200 Park Avenue
City/State/ZIP ▼  New York, NY  10166

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ● Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029









2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–325–156**

EFFECTIVE DATE OF REGISTRATION

**NOV 28 2005**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

United Linens Design #2

**NATURE OF THIS WORK ▼** See Instructions

Graphic design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**

United Linens Corp.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of _____
Domiciled in   United States

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a**   **Year in Which Creation of This Work Was Completed**   2005
This information must be given in all cases.

**b**   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month   June   Day approx. 1   Year   2005
United States   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

United Linens Corp.
350 Fifth Avenue, Suite 1229
New York, NY   10118

**APPLICATION RECEIVED**
NOV 28 2005
**ONE DEPOSIT RECEIVED**
NOV 28 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

*Amended by C.O. from phone call to Virginia
R. Richard on December 6, 2005.

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼         **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Virginia R. Richard, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

Area code and daytime telephone number  (212 ) 294-4639         Fax number  (212 ) 294-4700

Email  vrichard@winston.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  United Linens Corp.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Virginia R. Richard, Esq.         Date

**Handwritten signature (X)** ▼

X

**8**

| | |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼  Virginia R. Richard, Esq.<br>Winston & Strawn LLP |
| | **Number/Street/Apt** ▼<br>200 Park Avenue |
| | **City/State/ZIP** ▼<br>New York, NY  10166 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

Form are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov
or write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper         U.S. Government Printing Office: 2003-496-605/60,029

HOTEL LINEN

# MANAH

☐ OVER SIZE 11 PCS COMFORTER SET INCLUDE

☐ OVER SIZE 7 PCS COMFORTER SET INCLUDE

☒ OVER SIZE 4 PCS COMFORTER SET INCLUDE

☒ 4PC COMFORTER SET
COMFORTER
SHAMS(2)
BED SKIRT
CONTENT:100% POLYESTER

☐ 4PC FLAT SHEET SET
FITTED SHEET
FLAT SHEET
PILLOWCAES(2)
CONTENT:100% COTTON,200 THREAD COUNT

☐ 3PC PILLOW SET
SQUARE Pillow
BOUDOIR Pillow
NECKROLL Pillow
CONTENT:100% POLYESTER

**COMFORTER**
Quality thread counts for soft sheets.

**EASE**
Larger sized sheets wrap aroud
mattresses up to 15"deep.

**LUXURY**
Oversized and overfiled comforter.

**STYLE**
Bedding ensembles for a comforter
bedroom décor.

☐ FULL SIZE

☒ QUEEN SIZE

☐ KING SIZE





WASHING INSTRUCTION:
Dry Clean Only

RN#115554